IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ALEXANDER SCOTT POWELL** | § | **PLAINTIFF** |
| | § | |
| **VERSUS** | § | **Civil Action No. 1:10CV442HSO-RHW** |
| | § | |
| **MIKE BROWN, ET AL.** | § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate John M. Roper [34-1] entered in this cause on May 23, 2011.  The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed.  Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Defendants' Motion to Dismiss filed March 28, 2011 [30-1], pursuant to FED. R. CIV. P. 4(m) and 41(b), should be and hereby is **GRANTED,** and the above captioned cause should be and hereby is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 16th day of June, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE